

NUMBER 13-07-139-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

ALI INTERNATIONAL, INC., MIGUEL
MALDONADO, AND ALI CARMEN CO.,                          Appellants,

v.

BAY, LTD.,                                              Appellee.

On appeal from the 105th District Court
of Nueces County, Texas.

# MEMORANDUM OPINION

**Before Justices Yañez, Rodriguez, and Benavides**
**Memorandum Opinion Per Curiam**

Appellants, Ali International, Inc., Miguel Maldonado, and Ali Carmen Co., perfected

an appeal from a judgment entered by the 105th District Court of Nueces County, Texas,

in cause number 04-1812-D, wherein Accion Logistica Integral, S.C., appeared incorrectly

identified as Ali Carmen Co. Appellants have filed a motion to dismiss the appeal on

grounds that the parties have reached an agreement to settle and compromise their differences. Appellants request that this Court dismiss the appeal.

The Court, having considered the documents on file and appellants' motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellants' motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellants. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Memorandum Opinion delivered and filed
this the 13th day of March, 2008.